IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES MARSHALL JR.
ADC #130934                                                                                                   PETITIONER

VS.                                              5:06CV00160 JTR

LARRY NORRIS, Director,
Arkansas Department of Corrections                                                     RESPONDENT

## JUDGMENT

Consistent with the Memorandum and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 (docket entry #2), is DENIED, and this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 23rd day of January, 2008.

_____
UNITED STATES MAGISTRATE JUDGE